NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 19a0199n.06

Case No. 18-1167

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| In re: GREEKTOWN HOLDINGS, LLC, | ) | |
|     Debtor. | ) | FILED |
| ——————————————————————— | ) | Apr 22, 2019 |
| | ) | DEBORAH S. HUNT, Clerk |
| BUCHWALD CAPITAL ADVISORS, LLC, | ) | |
| solely in its capacity as Litigation Trustee to the | ) | ON APPEAL FROM THE |
| Greektown Litigation Trust, | ) | UNITED STATES DISTRICT |
| | ) | COURT FOR THE EASTERN |
| | ) | DISTRICT OF MICHIGAN |
|     Plaintiff-Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| DIMITRIOS PAPAS, et al., | ) | |
| | ) | |
|     Defendants-Appellee. | ) | |
| | ) | |

BEFORE:     COLE, Chief Judge; STRANCH and READLER, Circuit Judges.

On February 27, 2018, two weeks after this appeal was filed, the United States Supreme Court decided *Merit Management Group, LP v. FTI Consulting, Inc.*, 138 S. Ct. 883 (2018), and in the process resolved a circuit split over the correct interpretation of Section 546(e) of the Bankruptcy Code—the safe harbor provision at issue in this case. *Merit Management* squarely addresses the dispositive issue in this case and abrogated the Sixth Circuit precedent on which both the bankruptcy court and district court relied, *see In re QSI Holdings, Inc.*, 571 F.3d 545 (6th Cir. 2009). Accordingly, we hereby vacate the district court's judgment and remand the case to the

bankruptcy court for reconsideration in accordance with the Supreme Court's recent decision in *Merit Management*.  *See In re Markowitz*, 190 F.3d 455, 458 (6th Cir. 1999).

ENTERED BY ORDER OF THE COURT

_____

Deborah S. Hunt, Clerk